DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. GOODMAN

No. 717P84.

Case below: 71 N.C. App. 343.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.

## STATE v. HAWKINS

No. 13P85.

Case below: 71 N.C. App. 809.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.

## STATE v. HOLBROOK

No. 602P84.

Case below: 70 N.C. App. 495.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.

## STATE v. HUGGINS

No. 681P84.

Case below: 71 N.C. App. 63.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.

## STATE v. JONES

No. 677P84.

Case below: 71 N.C. App. 226.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.